# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:10CR231 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JUAN SALAZAR-ESPINOZA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon defendant's request for transcript (Filing No. 38). The defendant requests production of a CD for the hearing held on July 28, 2010.

**IT IS ORDERED:**

1. The request for production of a CD (Filing No. 38) will be granted as set forth below.

2. Juan Salazar-Espinoza is ordered to pay to the Clerk of Court the amount of $30.00.

3. Upon receipt of this fee, the Clerk of Court is ordered to prepare a CD of the hearing held on July 28, 2010, and mail the CD to the requestor.

DATED this 10th day of July, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge