IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JUAN SALAZAR-ESPINOZA,

        Defendant.

8:10CR231

**ORDER**

This matter is before the court on the defendant's motions for copies (Filing Nos. 51 and 52), and motion for leave to proceed in forma paupers status (Filing No. 49), along with a prisoner account statement (Filing No. 50). The defendant was sentenced on June 15, 2011. On June 18, 2012, the defendant filed a motion to vacate or set aside his sentence under 28 U.S.C. § 2255 (Filing No. 37), which is presently pending before this court. After a review of the matter,

IT IS ORDERED:

1. The defendant's motion for leave to proceed in forma pauperis (Filing No. 49) is granted.

2. The defendant's motions for copies (Filing Nos. 51 and 52) are granted in part and denied in part. The Clerk of Court is directed to mail copies of the following to the defendant at his last known address:

    Indictment (Filing No. 1)
    Court Order (Filing No. 42)
    Transcript of plea hearing (Filing No. 43)
    Transcript of sentencing hearing (Filing No. 44)
    Government's answer to 2255 motion (Filing No. 47)
    Government's index of evidence (Filing No. 48)

Dated this 10th day of December, 2012.

                                      BY THE COURT:

                                      s/ Joseph F. Bataillon
                                      United States District Judge